# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEE, *et al.*,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., *et al.*,<br><br>　　　　Defendants. | Case No.: 2:12-CV-1164-RCJ-CWH<br><br>**MINUTE ORDER**<br><br>September 12, 2012 |

**MINUTE ORDER IN CHAMBERS:**

　　IT IS HEREBY ORDERED that oral argument on (Dockets 9, 10, 18) set for Monday, September 17, 2012 is VACATED.

　　The court will issue a written order on the pleadings.

　　**IT IS SO ORDERED** this 12th day of September, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　United States Chief District Judge